## Commonwealth ex rel. Frey, Appellant, *v.* Banmiller.

Submitted December 16, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*George Elias Frey*, appellant, in propria persona.

*Ward F. Clark*, Assistant District Attorney, and *Paul R. Beckert*, District Attorney, for appellee.

OPINION PER CURIAM, March 24, 1960:

The order of the court below is affirmed on the opinion of Judge SATTERTHWAITE of the Court of Common Pleas of Bucks County, as reported in 20 Pa. D. & C. 2d 160.